■ DIANE MAGLIOCCA et al., Appellants-Respondents, v ARTHUR CHARTER et al., Respondents-Appellants, et al., Defendants, and BRYAN WIRSCH, Respondent. [614 NYS2d 932] —Appeal by the plaintiffs, and cross appeal by the defendants Arthur Charter and Arthur Charter, Sr., from stated portions of an order of the Supreme Court, Dutchess County (Beisner, J.), dated December 2, 1992.

Ordered that the order is affirmed insofar as appealed and cross-appealed from, without costs or disbursements, for reasons stated by Justice Beisner in the Supreme Court. Thompson, J. P., Balletta, O'Brien and Florio, JJ., concur.